IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **KEITH CHAMBERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:25-cv-2210 |
| vs. | ) |
| | ) JURY DEMANDED |
| **PGT TRUCKING, INC., and** | ) |
| **TRACY MERRITT,** | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

COME NOW, Plaintiff KEITH CHAMBERS ("Plaintiff"), by and through his counsel of record, **EA KING LAW, PLLC AND LAW OFFICE OF BRANDON HALL**, and provides notice that on April 1, 2025, he served, via Fedex, his Rule 26(a)(1) Initial Disclosure statement to Defendants.

Respectfully Submitted,

**EA KING LAW, PLLC**

/s/ Esperanza A. King
Esperanza A. King (BPR# 036083)
Attorney for Plaintiff
5350 Poplar Avenue – Suite 395
Memphis, Tennessee 38119
Office:          (901) 574-0155
Facsimile:    (901) 249-8231
Email:          eking@eakinglaw.com

and

**LAW OFFICE OF BRANDON HALL**

/s/ Brandon C. Hall
Brandon C. Hall (BPR# 033943)
Attorney for Plaintiff
One Memphis Place
200 Jefferson Avenue – Suite 700
Memphis, Tennessee 38103
Office:      (901) 352-5505
Facsimile:   (901) 522-1398
Email:       bhall@brandonhalllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel of record by U.S. Mail, postage prepaid, FedEx, the ECF system, facsimile and/or electronic mail to the following counsel of record:

R. Kent Francis (#34239)
Hallie E. Robison (#41317)
***Attorneys for Defendants***
40 South Main Street #2900
Memphis, TN 38103-5529
(901) 525-8721
KFrancis@LewisThomason.com
HRobison@LewisThomason.com

On this 1st day of April 2025.

/s/ *Esperanza King*
Esperanza A. King (BPR# 036083)
***Attorney for Plaintiff***

2